# MEYERSON & MILLER
## ATTORNEYS AT LAW
1600 MARKET STREET - SUITE 1305
PHILADELPHIA, PA 19103
(215) 972-1376
FAX: (215) 972-0277
Website: www.meyersonlawfirm.com

JACK A. MEYERSON*
email: jmeyerson@meyersonlawfirm.com
*Admitted in Pennsylvania and New Jersey

MATTHEW L. MILLER*
email: mmiller@meyersonlawfirm.com

March 26, 2025

**VIA CM/ECF**

The Honorable Anne Marie Donio
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Room 3A
Camden, NJ 08101

> Re:    **Wells v. DiNicola, et al.**
>          **No. 1:24-cv-11143-CPO-AMD**

Judge Donio:

This firm represents Richard Wells, plaintiff in the above-captioned matter. I am writing to respectfully request an adjournment of the scheduling conference that is presently calendared to take place on April 15, 2025.

The reason for this request is that we will have to file an amended complaint to include claims on behalf of People's Tavern & Dry Goods, LLC ("People's Tavern"), a business that is wholly owned by Mr. Wells and was a party to the underlying litigation giving rise to this legal malpractice action. However, because People's Tavern is involved in a bankruptcy proceeding[1], we require authorization from the bankruptcy court prior to filing a claim on behalf of the debtor. We are in the process of obtaining this authorization to represent People's Tavern in this action.

I discussed the matter with defendants' counsel and it was agreed that the most efficient course would be to request an adjournment of the scheduling conference so that we will have time to amend our pleadings and properly complete the necessary disclosures prior to setting a scheduling order. Accordingly, the parties respectfully request a three-week adjournment which will hopefully be enough time to obtain approval from the bankruptcy court and file the amended complaint.

---

[1] The bankruptcy is pending in the Bankruptcy Court for the District of New Jersey and docketed at Chapter 7 Bankruptcy Case No. 24-21029.

March 26, 2025
Judge Donio
Page Two

       Thank you for your time and attention to this matter. Please let me know if anything further is required to effectuate this request.

                            Very truly yours,

                            /s/ Matthew Miller
                            Matthew Miller, Esq.

CC (via CM/ECF):     Bernadette Irace, Esq.
                     Noreen Kemether, Esq.