## MEYERSON & MILLER
### ATTORNEYS AT LAW
**1600 MARKET STREET - SUITE 1305**
**PHILADELPHIA, PA 19103**
**(215) 972-1376**
**FAX: (215) 972-0277**
**Website: www.meyersonlawfirm.com**

**JACK A. MEYERSON***                                                             **MATTHEW L. MILLER***
email: jmeyerson@meyersonlawfirm.com                      email: mmiller@meyersonlawfirm.com
*Admitted in Pennsylvania and New Jersey

August 25, 2025

<u>**VIA CM/ECF**</u>
The Honorable Anne Marie Donio
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Room 3A
Camden, NJ 08101

        Re:      Wells v. DiNicola, et al.
                     No. 1:24-cv-11143-CPO-AMD

Judge Donio:

       This firm represents Richard Wells, Plaintiff in the above-captioned matter. In compliance with the Order entered by Your Honor on August 13, 2025, I am writing to confirm that the parties have conferred pursuant to L. CIV. R. 26.1(b)(2) and 26.1(d). The parties have agreed that the electronically stored information and computer-based discovery, including social media content, shall be preserved and made available for discovery subject to each party's right to assert applicable objections. The parties have agreed further that metadata need not be produced in the ordinary course but should be preserved and made available upon request. There is a limited amount of computer-based discovery in this case and the parties do not foresee any disputes pertaining to computer-based discovery.

       Thank you for your time and attention to this matter.

                                                           Very truly yours,

                                                           /s/ Matthew Miller
                                                           Matthew Miller, Esq.

CC (via CM/ECF):     Bernadette Irace, Esq.
                                 Noreen Kemether, Esq.